**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00216-CR

**NATHAN EARL BURGESS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 001-86625-2012**

## ORDER

Appellant's September 21, 2014 second motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **FIFTEEN DAYS** from the date of this order.

The Court will not grant further extensions absent extraordinary circumstances.

/s/     ADA BROWN
           JUSTICE